<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6672**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHERMAN DARRELL PAYNE-EL,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Joseph H. Young, Senior District Judge. (CR-78-24-Y, CA-99-2852-Y)

───────────

Submitted: July 27, 2000        Decided: August 7, 2000

───────────

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Sherman Darrell Payne-El, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherman Payne-El seeks to appeal the district court's order denying relief on his petition for a writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Payne-El, Nos. CR-78-24-Y; CA-99-2852-Y (D. Md. Mar. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED